**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

|  |  |
|---|---|
| XIANGRONG WANG,<br><br>                       Petitioner,<br><br>   v.<br><br>LIJUN LU and MEI WANG,<br><br>                       Respondents. | Case No. 6:26-cv-00951-AGM-NWH |

## PETITIONER'S NOTICE OF LEAD COUNSEL DESIGNATION

Pursuant to Local Rule 2.02(a), Petitioner, Xiangrong Wang, hereby designates Robert B. Graziano, Esq., as lead counsel for this action.

Dated:  May 6, 2026

Respectfully submitted,

FISHERBROYLES, LLP

/s/ Robert B. Graziano
ROBERT B. GRAZIANO
Florida Bar No. 051249
Email: robert.graziano@fisherbroyles.com
950 North Collier Blvd., Suite 205
Marco Island, FL 34145
Telephone: (239) 877-3077
*Lead Attorney for Petitioner,*
*XIANGRONG WANG*

1

/s/ Jiangang Ou
JIANGANG ("JAMES") OU
Texas Bar No. 24127006
Email: James.Ou@fisherbroyles.com
FisherBroyles, LLP
2925 Richmond Ave., Suite 1200
Houston, TX 77098
Telephone: (713)732-1637
*Pro Hac Vice pending*
*Attorney for Petitioner,*
*XIANGRONG WANG*

## CERTIFICATE OF SERVICE

I certify that on May 6, 2026, a true and correct copy of this pleading was served via CM/ECF on all counsel of record.

/s/ Robert B. Graziano
ROBERT B. GRAZIANO
Florida Bar No. 051249
*Lead Attorney for Petitioner,*
*XIANGRONG WANG*

2