IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| XIANGRONG WANG,<br><br>               Petitioner,<br><br>    v.<br><br>LIJUN LU and MEI WANG,<br><br>               Respondents. | Case No. 6:26-cv-00951-AGM-NWH<br><br>Judge Anne Leigh Gaylord Moe |

**PETITIONER'S CERTIFICATION OF NO THIRD-PARTY LITIGATION FUNDING**

NOW COMES Petitioner, Xiangrong Wang, by and through the undersigned counsel, and states that he has reviewed the Court's *Standing Order Requiring Disclosure of Third-Party Litigation Funding* filed on May 6, 2026. After diligent inquiry, the undersigned hereby certifies that Petitioner, Xiangrong Wang, has not received any third-party litigation funding at this time, but understands the continuing duty to supplement imposed by the referenced Standing Order.

Dated:  May 14, 2026

Respectfully submitted,

FISHERBROYLES, LLP

*/s/ Robert B. Graziano*
ROBERT B. GRAZIANO
Florida Bar No. 051249
Email: robert.graziano@fisherbroyles.com
950 North Collier Blvd., Suite 205
Marco Island, FL 34145
Telephone: (239) 877-3077
*Lead Attorney for Petitioner,*
*XIANGRONG WANG*

1

/s/ Jiangang Ou

JIANGANG ("JAMES") OU
Texas Bar No. 24127006
Email: James.Ou@fisherbroyles.com
FisherBroyles, LLP
2925 Richmond Ave., Suite 1200
Houston, TX 77098
Telephone: (713)732-1637
*Pro Hac Vice pending*
*Attorney for Petitioner,*
*XIANGRONG WANG*

## CERTIFICATE OF SERVICE

I certify that on May 14, 2026, a true and correct copy of this pleading was served via

CM/ECF on all counsel of record.

/s/ Robert B. Graziano

ROBERT B. GRAZIANO
Florida Bar No. 051249
*Lead Attorney for Petitioner,*
*XIANGRONG WANG*

2