AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **6:26-cv-00951**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Mei Wang**
was received by me on  **6/23/2026:**

☒ I personally served the **Exhibits; PETITION; Summons** on the individual at **11732 Sunsail Ave, Orlando, FL 32832** on **06/23/2026 at 7:42 PM**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐  I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 121.00** for services, for a total of **$ 121.00**.

I declare under penalty of perjury that this information is true.

Date:  06/23/2026

_____
*Server's signature*

**Navindra Timal**
*Printed name and title*

**4475 Blue Rock Drive
SANFORD, FL 32771**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Exhibits; PETITION; Summons,  to Mei Wang with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Asian female contact 55-65 years of age, 5'6"-5'8" tall and weighing 140-160 lbs with an accent.**





Tracking #: **0229287385**