AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **6:26-cv-00951**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Lijun Lu**
was received by me on  **6/23/2026:**

☐ I personally served the **Exhibits; PETITION; Summons** on the individual at *(place)*  on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☒  I returned the summons unexecuted because **Moved** after attempting service at **11732 Sunsail Ave, Orlando, FL 32832**; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 121.00** for services, for a total of **$ 121.00**.

I declare under penalty of perjury that this information is true.

Date:  06/23/2026

_____
*Server's signature*

**Navindra Timal**
*Printed name and title*

**4475 Blue Rock Drive
SANFORD, FL 32771**

_____
*Server's address*

Additional information regarding attempted service, etc:

**6/23/2026 7:39 PM: I spoke with an individual who identified themselves as the resident and they stated subject moved. I spoke with a neighbor who doesn't recognize name.  Spoke to his wife she said she doesnt want to accept it for her husband because he doesn't live here he's overseas. They don't live together.**




Tracking #: **0229287211**