**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

XIANGRONG WANG,
     Petitioner,

v.                                Case No. 6:26-CV-00951-AGM-NWH

LIJUN LU AND MEI WANG,
     Respondents.

_____

### MEI WANG'S DECLARATION OPPOSING PETITION

I, Mei Wang, state under penalty of perjury as follows, to the best of my recollection.

1. I am a Respondent in the above-captioned proceeding. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify contently thereto.

2. My domicile is my residence located on Sunsail Avenue in Orlando, Florida.

3. I have resided in Orlando, Florida since September 2023.

4. Lijun Lu is my husband and resides in China.

5. I am the sole owner of my residence in Orlando. Mr. Lu does not own, lease, or reside at the property.

6. Mr. Lu has never resided at my Orlando residence during the time I have lived there.

7. In fact, Mr. Lu has never been to Florida.

8. In June of 2026, Mr. Lu did not reside at my residence.

9. In June of 2026, Mr. Lu was not present at my house.

10. Mr. Lu has not authorized me to accept service of process on his behalf in legal proceedings.

11. I have never been authorized to accept service of process on Mr. Lu's behalf.

12. I did not accept service of process on behalf of Mr. Lu in this proceeding.

13. Mr. Lu has not entered the United States since early 2023, when he briefly travelled to California for approximately one week before returning to China.

14. Since that time, Mr. Lu has not been permitted to leave China or travel to the United States.

15. During January and February 2024, I was in the United States, not in China.

16. I do not know the attorney who was identified as representing me in the arbitration.

17. To the best of my recollection, I might have signed a document at some point, but I do not recall what document it was. I was never informed of its purpose or any legal rights, risks, or consequences associated with signing it.

18. I have never communicated with the attorney who was identified as representing me in the arbitration, nor has that attorney ever communicated with me.

19. I have never paid that attorney for any legal services.

20. I have learned that the attorney who was identified as representing me also purportedly represented multiple parties in the arbitration at the same time. Had I been informed of that fact, I would not have consented to him representing me because I believe such representation represented a conflict of interest, and I would not waive it.

21. To the best of my recollection, I was never notified of the formation of the arbitral tribunal.

22. To the best of my recollection, I was never notified of any arbitration hearings or other arbitration proceedings.

23. I was not involved in any settlement negotiations within the Chinese arbitration.

24. I never communicated with the arbitral tribunal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 14, 2026.

_____
Mei Wang