# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

XIANGRONG WANG,
    Petitioner,

v.                                                      Case No. 6:26-CV-00951-AGM-NWH

LIJUN LU AND MEI WANG,
    Respondents.

_____

## JEAN-CLAUDE MAZZOLA'S DECLARATION OPPOSING PETITION

I, Jean-Claude Mazzola, state under penalty of perjury as follows.

1.    I am an attorney with Mazzola Lindstrom LLP, counsel for Respondents, and am familiar with the facts stated herein based upon my review of the file maintained for the prosecution of this proceeding.

2.    In opposition to the Petition, I annex the attached **Exhibit A**, which is a true and correct copy of the Orange County property record for Mei Wang's Orlando address as of July 13, 2026, showing only her name, not the name of Lijun Lu, associated with the address.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 14, 2026.

**Mazzola Lindstrom LLP**

*By:*

Jean-Claude Mazzola
*Counsel for Respondents*
1350 Avenue of the Americas,
Second Floor
New York, New York 10019
Tel.: 646-250-6666
jeanclaude@mazzolalindstrom.com