# EXHIBIT A

Print Date: 07/13/2026 System Refresh Date: 07/12/2026

## 11732 Sunsail Ave  33-23-31-2003-06-920

**Name(s):**
WANG MEI

**Physical Street Address:**
11732 Sunsail Ave

**Property Use:**
0103 - Single Fam Class III

**Mailing Address On File:**
11732 Sunsail Ave
Orlando, FL 32832-3009
Incorrect Mailing Address?

**Postal City and Zip:**
Orlando, FL 32832

**Municipality:**
Orlando



11732 SUNSAIL AVE, ORLANDO, FL 32832   1/4/2024 11:30 AM

**Upload Photos** ⬆

**View 2025 Property Record Card**

 **PROPERTY FEATURES**    **VALUES, EXEMPTIONS AND TAXES**    **SALES**    **MARKET STATS**    **LOCATION**

**2026 Values will be available in August of 2026. To see the certified values, go to the Values, Exemptions and Taxes Tab.**

**View Plat**

### Property Description

STARWOOD PHASE N-1C 108/25 LOT 692

### Total Land Area

3,600 sqft (+/-)   |   0.08 acres (+/-)

GIS Calculated

Notice

### Land

| Land Use Code | Zoning | Land Units | Unit Price | Land Value | Class Unit Price | Class Value |
|---|---|---|---|---|---|---|
| 0100 - Single Family | ORL-PD | 1 Code Undefined | Working Value... | Working Value... | Working Value... | Working Value... |

«« « 1 » »»                                    Page 1 of 1 (Total Records: 1)

### Building

**View Orlando Permits**


More Details

| | | |
|---|---|---|
| **Model Code:** | 1 - Single Fam Residence | **Actual Year Built:** 2023 | **Gross Area:** 2334 sqft |
| **Type Code:** | 0103 - Single Fam Class Iii | **Beds:** 3 | **Living Area:** 1620 sqft |
| **Building Value:** | Working Value... | **Baths:** 2.5 | **Exterior Wall:** Cb.Stucco |
| **Estimated New Cost:** | Working Value... | **Floors:** 2 | **Interior Wall:** Drywall |

«« « 1 » »»                                    Page 1 of 1 (Total Records:1)

### Extra Features

There are no extra features associated to this parcel.