# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

XIANGRONG WANG,
    Petitioner,

v.                                                                    Case No. 6:26-CV-00951-AGM-NWH

LIJUN LU AND MEI WANG,
    Respondents.

_____

## LOCAL RULE 3.01(G) CERTIFICATE

Respondents, movants in their motion to dismiss (DE 18) filed two days ago, have conferred by e-mail with Petitioner's attorneys, who have responded by e-mail today that they do not agree to resolve any part of the motion to dismiss at this time.

Dated: July 16, 2026

**Mazzola Lindstrom LLP**

By: 

Jean-Claude Mazzola
*Counsel for Respondents*
1350 Avenue of the Americas,
Second Floor
New York, New York 10019
Tel.: 646-250-6666
jeanclaude@mazzolalindstrom.com

1