UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

XIANGRONG WANG,

        Petitioner,

v.

LIJUN LU and MEI WANG,

        Respondents.

_____

Case No.: 6:26-cv-00951-AGM-NWH

### JIANGANG OU'S MOTION FOR SPECIAL ADMISSION TO APPEAR *PRO HAC VICE* FOR PETITIONER XIANGRANG WANG

Pursuant to Local Rule 2.01(c) of the Middle District of Florida, attorney Jiangang Ou, Esq., of the law firm FisherBroyles LLP, moves for special admission *pro hac vice* as co-counsel on behalf of Petitioner, Xiangrong Wang, in this action, and as grounds for this Motion states:

1. Movant is neither a Florida Resident nor a member in good standing of the Florida Bar.

2. Movant is an active member in good standing of the following United States District Courts and state bars of the following Courts: United States District Court for the Southern District of Texas; United States District Court for the Northern District of Texas; United States District Court for the Western District of Texas; United States District Court for the Eastern District of Texas; United States District Court for the Southern District of New York; and the Bar for the State of Texas, and State of New York.

3. Movant has not abused the privilege of special admission by maintaining a regular law practice in Florida or by frequent or regular appearances in separate cases in Florida to such a degree as to constitute the regular practice of law in the State of Florida.

1

4.    Movant has not appeared initially in Florida before any state or federal court within the last thirty-six (36) months.

5.    Movant will comply with the federal rules and this Court's local rules.

6.    Movant is familiar with 28 U.S.C. § 1927, which provides:

"Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct."

7.    Movant has paid the fee for special admission or will pay the fee upon special admission.

8.    Movant will register with the Court's CM/ECF system.

9.    Movant affirms the oath, which states:

"I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession."

10.    As a member in good standing with this Court, Robert Graziano, Esq., shall be serving as co-counsel for Petitioner, upon whom all notices and papers may be served, and who will be equally responsible for the progress of the case, including trial.

## **LOCAL RULE 3.01 (g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), the undersigned counsel hereby certifies that counsel for Petitioner listed below has been consulted on Mr. Ou's special admission *pro hac vice*, and has no objections to the granting of this Motion.

WHEREFORE, movant, Jiangang Ou, respectfully requests that this Court enter an order granting the instant Motion, granting him special admission, and allowing him to appear *pro hac vice* in this action as co-counsel on behalf of Petitioner, and that the Court grant such other and further relief as this Court deems just and proper.

Dated: July 31, 2026                           FISHERBROYLES, LLP


*/s/ Robert B. Graziano*
ROBERT B. GRAZIANO
Florida Bar No. 051249
Email: robert.graziano@fisherbroyles.com
950 North Collier Blvd., Suite 205
Marco Island, FL 34145
Telephone: (239) 877-3077
*Lead Attorney for Petitioner,*
*XIANGRONG WANG*


*/s/ Jiangang ("James") Ou*
JIANGANG ("JAMES") OU (*pro hac vice* pending)
James.Ou@fisherbroyles.com
2925 Richmond Ave., Suite 1200
Houston, TX 77098
Telephone: (713)732-1637
*Pro Hac Vice Pending*
*Attorney for Petitioner,*
*XIANGRONG WANG*

**<u>Certification Under Penalty of Perjury That Artificial Intelligence Was Not Used in the Preparation of This Filing</u>**

We have reviewed the Standing Order Requiring Disclosure of the use of artificial intelligence. After diligent inquiry and under penalty of perjury, we certify that artificial intelligence was not utilized in the preparation of this filing in any way. We understand that, whether we represent ourselves or we are an attorney representing a client, we have an affirmative obligation to read each case cited in this filing. If we fail to do so and a case upon which we rely does not exist or does not reasonably stand for the cited proposition, we understand that the Court may treat this as a violation of Rule 11 of the Federal Rules of Civil Procedure. We have reviewed Rule 11 of the Federal Rules of Civil Procedure and we understand that this rule applies equally to counsel and unrepresented parties, and we are familiar with the sanctions available for violations of Rule 11. If this certification is made by counsel, we further understand that citation to a case that either does not exist or does not reasonably stand for the cited proposition may be treated as a violation of our oath of candor toward the tribunal and a basis on which our admission to practice in the Middle District of Florida could be revoked or suspended. Further, whether we represent ourselves or we are an attorney representing a client, we understand that by making this certification under penalty of perjury we could be referred for criminal prosecution if the statements we make here are false.

*/s/ Robert B. Graziano*
ROBERT B. GRAZIANO
Florida Bar No. 051249
*Lead Attorney for Petitioner,*
*XIANGRONG WANG*

*/s/ Jiangang ("James") Ou*
JIANGANG ("JAMES") OU (*pro hac vice* pending)
*Pro Hac Vice Pending*
*Attorney for Petitioner,*
*XIANGRONG WANG*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and accurate copy of the foregoing has been served upon all counsel record via ECF, on this 31st day of July, 2026.

*/s/ Robert B. Graziano*
ROBERT B. GRAZIANO
Florida Bar No. 051249

4