AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **6:26-cv-00951-AGM-NWH**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Jean Claude Mazzola, Esq.**
was received by me on **11/06/2026:**

☐ I personally served the **SUMMONS; PETITION TO RECOGNIZE AND ENFORCE FOREIGN ARBITRAL AWARD; CIVIL COVER SHEET; PETITIONER'S MEMORANDUM OF LAW IN SUPPORT OF PETITION TO RECOGNIZE, CONFIRM, AND ENFORCE ARBITRAL AWARD AND TO ENTER JUDGMENT IN FAVOR OF PETITIONER; DECLARATION OF JIANGANG OU IN SUPPORT OF PETITIONER'S PETITION TO RECOGNIZE, CONFIRM, AND ENFORCE FOREIGN ARBITRAL AWARD; DECLARATION OF XINYU LIN IN SUPPORT OF PETITIONER'S PETITION TO RECOGNIZE, CONFIRM, AND ENFORCE FOREIGN ARBITRAL AWARD; PETITIONER'S NOTICE OF LEAD COUNSEL DESIGNATION; STANDING ORDER REQUIRING DISCLOSURE OF THIRD-PARTY LITIGATION FUNDING; PETITIONER'S CERTIFICATION OF NO THIRD-PARTY LITIGATION FUNDING; STANDING ORDER REQUIRING DISCLOSURE OF THE USE OF ARTIFICIAL INTELLIGENCE; PROOF OF SERVICE ON MEI WANG; PROOF OF SERVICE ON LIJUN LIU; UNISSUED SUMMONSES; RESPONDENTS' MOTION TO DISMISS PETITIONER'S PETITION TO RECOGNIZE AND ENFORCE FOREIGN ARBITRAL AWARD, AND RESPONDENTS' MEMORANDUM IN RESPONSE TO PETITIONER'S MEMORANDUM IN SUPPORT OF THE PETITION; MEI WANG'S DECLARATION OPPOSING PETITION; JEAN-CLAUDE MAZZOLA'S DECLARATION OPPOSING PETITION; LIJUN LU'S AND MEI WANG'S DISCLOSURE STATEMENT (CIVIL) UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03; JIANGANG OU'S MOTION FOR SPECIAL ADMISSION TO APPEAR PRO HAC VICE FOR PETITIONER XIANGRANG WANG; PETITIONER'S MOTION FOR ORDER AUTHORIZING ALTERNATIVE SERVICE OF PROCESS UPON RESPONDENT LIJUN LU WITH INCORPORATED MEMORANDUM OF LAW; DECLARATION OF YING CHEN IN SUPPORT OF PETITIONER'S RESPONSE IN OPPOSITION TO RESPONDENTS' MOTION TO DISMISS; PETITIONER'S RESPONSE IN OPPOSITION TO RESPONDENTS' MOTION TO DISMISS THE PETITION TO RECOGNIZE AND ENFORCE FOREIGN ARBITRAL AWARD; SUPPLEMENTAL DECLARATION OF XINYU LIN IN SUPPORT OF PETITIONER'S RESPONSE IN OPPOSITION TO RESPONDENTS' MOTION TO DISMISS** on the individual at *(place)* on *(date)* ; or

☒ I left the summons at the individual's residence or usual place of abode with **Gabriel Alvarado**, a person of suitable age and discretion who resides at **Mazzola Lindstrom LLP, 1350 Avenue of the Americas, Second Floor, New York, NY 10019**, on **11/09/2026 at 2:16 PM**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 143.50** for services, for a total of **$ 143.50**.

I declare under penalty of perjury that this information is true.

Date: 11/09/2026

*Server's signature*

**Bernard Iwuanyanwu**

*Printed name and title*

Tracking #: **0250445164**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 3)

Civil Action No. **6:26-cv-00951-AGM-NWH**

**451 Clove Rd**
**Monroe, NY 10950**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; PETITION TO RECOGNIZE AND ENFORCE FOREIGN ARBITRAL AWARD; CIVIL COVER SHEET; PETITIONER'S MEMORANDUM OF LAW IN SUPPORT OF PETITION TO RECOGNIZE, CONFIRM, AND ENFORCE ARBITRAL AWARD AND TO ENTER JUDGMENT IN FAVOR OF PETITIONER; DECLARATION OF JIANGANG OU IN SUPPORT OF PETITIONER'S PETITION TO RECOGNIZE, CONFIRM, AND ENFORCE FOREIGN ARBITRAL AWARD; DECLARATION OF XINYU LIN IN SUPPORT OF PETITIONER'S PETITION TO RECOGNIZE, CONFIRM, AND ENFORCE FOREIGN ARBITRAL AWARD; PETITIONER'S NOTICE OF LEAD COUNSEL DESIGNATION; STANDING ORDER REQUIRING DISCLOSURE OF THIRD-PARTY LITIGATION FUNDING; PETITIONER'S CERTIFICATION OF NO THIRD-PARTY LITIGATION FUNDING; STANDING ORDER REQUIRING DISCLOSURE OF THE USE OF ARTIFICIAL INTELLIGENCE; PROOF OF SERVICE ON MEI WANG; PROOF OF SERVICE ON LIJUN LIU; UNISSUED SUMMONSES; RESPONDENTS' MOTION TO DISMISS PETITIONER'S PETITION TO RECOGNIZE AND ENFORCE FOREIGN ARBITRAL AWARD, AND RESPONDENTS' MEMORANDUM IN RESPONSE TO PETITIONER'S MEMORANDUM IN SUPPORT OF THE PETITION; MEI WANG'S DECLARATION OPPOSING PETITION; JEAN-CLAUDE MAZZOLA'S DECLARATION OPPOSING PETITION; LIJUN LU'S AND MEI WANG'S DISCLOSURE STATEMENT (CIVIL) UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03; JIANGANG OU'S MOTION FOR SPECIAL ADMISSION TO APPEAR PRO HAC VICE FOR PETITIONER XIANGRANG WANG; PETITIONER'S MOTION FOR ORDER AUTHORIZING ALTERNATIVE SERVICE OF PROCESS UPON RESPONDENT LIJUN LU WITH INCORPORATED MEMORANDUM OF LAW; DECLARATION OF YING CHEN IN SUPPORT OF PETITIONER'S RESPONSE IN OPPOSITION TO RESPONDENTS' MOTION TO DISMISS; PETITIONER'S RESPONSE IN OPPOSITION TO RESPONDENTS' MOTION TO DISMISS THE PETITION TO RECOGNIZE AND ENFORCE FOREIGN ARBITRAL AWARD; SUPPLEMENTAL DECLARATION OF XINYU LIN IN SUPPORT OF PETITIONER'S RESPONSE IN OPPOSITION TO RESPONDENTS' MOTION TO DISMISS, to Gabriel Alvarado who identified themselves as the co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Hispanic male contact 35-45 years of age, 6'2"-6'6" tall and weighing 180-200 lbs.**